UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10CR00170CDP (AGF) |
| | ) |
| DOUGLAS LECEN BYRN, | ) |
| | ) |
| Defendant. | ) |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant Douglas Legen Byrn's Motion for continuance of pretrial motion hearing and extension of time within which to file motions [Doc. #41], filed on April 14, 2010. For good cause shown,

**IT IS HEREBY ORDERED** that Defendant's Motion for continuance of pretrial motion hearing and extension of time within which to file motions [Doc. #41] is **GRANTED**. Defendant shall have to and including **April 29, 2010** to file any pretrial motions or waiver of motions. The government shall have until **May 6, 2010** to respond.

**IT IS FURTHER ORDERED** that the pretrial evidentiary hearing presently set for April 23, 2010, is continued and rescheduled for **Monday, May 10, 2010, at 1:00 p.m.** Counsel for both parties and Defendant Douglas Lecen Byrn, himself, are required to attend.

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of

pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

/s/ Audrey G. Fleissig
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of April, 2010.